**SUBT**
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ELKIND

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> SHEENA ELKIND, ) <br> ) <br> ) <br> Defendant. ) | Case No.:   2:20-mj-00709-BNW-1 <br><br> STIPULATED SUBSTITUTION <br> OF COUNSEL |

I, SHEENA ELKIND, do hereby appoint and accept the appointment of GABRIEL L. GRASSO Esq., as retained attorney of record in the place and stead of Nicholas Woolridge, Esq.

DUE TO THE COVID-19 PANDEMIC, WHICH HAS PREVENTED IN PERSON CLIENT MEETINGS AT NSDC PAHRUMP, I ADOPT THE AFFIRMATION OF GABRIEL L. GRASSO IN PLACE OF MY SIGNATURE, WHICH COULD NOT BE OBTAINED ON THIS DOCUMENT WITHOUT A SUBSTANTIAL DELAY OCCASIONED BY USE OF THE USPS. DATED this 21st day of August, 2020.

///

///

///

I, GABRIEL L. GRASSO, do hereby accept the substitution of attorney regarding SHEENA ELKIND. I also affirm that I have spoken to SHEENA ELKIND and that she wishes this substitution to take place. I submit this affirmation in lieu of her signature as an officer of the court and confirm that I have been advised by her that she will adopt this affirmation in open court at the next scheduled hearing.

DATED this 21st of August 2020.

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
Attorney for Defendant

I hereby consent to the foregoing substitution, and hereby release all pleadings and papers I have for SHEENA ELKIND.

DATED this 21st day of August, 2020.

Nicholas Woolridge, Esq.
400 S. 7th Street #401
Las Vegas, NV 89101

The Local Rules provide that a stipulation to substitute attorneys must be signed by the represented client. LR IA 11-6. However, counsel represents that the pandemic has foreclosed counsel's ability to meet with Ms. Elkind in person to obtain her signature. Because the interests of justice so require, the Court waives LR IA 11-6 insofar as it requires Ms. Elkind's signature for this substitution. See LR IA 1-4. The stipulation is granted.

IT IS SO ORDERED

DATED: 11:38 am, August 25, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2