GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ELKIND

# UNITED STATES DISTRICT COURT

# THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHEENA ELKIND, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:20-mj-00709-BNW-1 <br><br> **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL** |

The Defendant, SHEENA ELKIND, by and through his counsel, GABRIEL L. GRASSO, ESQ., and moves this Court to give the defendant permission to travel. This Motion is based upon all the papers on file herein and the attached explanatory request.

DATED this 21ST day of July, 2022

*/s/ Gabriel L. Grasso*
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
(702) 868-8866
Attorney for ELKIND

## REQUEST

1. ELKIND has been on supervised release since September 14, 2020.
2. ELKIND very recently lost her father to cancer and this court allowed her travel to Massachusetts to be with her family.
3. ELKIND's mother will require continued assistance to deal with the estate and will need to travel back and forth from Massachusetts for this purpose.
4. ELKIND's pretrial release officer has requested that ELKIND's future travel be permitted under Pretrial Services criteria without having to obtain a court order for each trip.
5. The Government does not object to this request under the condition that ELKIND comply with all Pretrial Services travel requirements and directives.
6. ELKIND request's this Court allow her travel as outlined above.

DATED this 21st day of July, 2022.

/s/ Gabriel L. Grasso
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
(702) 868-8866
Attorney for SHEENA ELKIND

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ELKIND

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:20-mj-00709-BNW-1 |
| vs. | ) | |
| SHEENA ELKIND, | ) | **ORDER** |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Defendant is permitted future travel as permitted by Pretrial Services, which will have the responsibility to permit or deny travel when requested by Ms. Elkind.

DATED: July 22, 2022.

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I am a person competent to serve papers, I am not a party to the above-entitled action, and that on the 21st day of July, 2022, I served the foregoing document and all attachments by electronic service (ECF).

/s/ Angel Garcia
An Employee of
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778