GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ELKIND

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>)<br>SHEENA ELKIND,  )<br>)<br>)<br>Defendants  )<br>_____ ) | Case No.:    2:22-cr-00284-CDS-VCF<br><br>STIPULATION TO CONTINUE<br>INITIAL APPEARANCE, WAIVER<br>OF INDICTMENT & ARRAIGNMENT<br>AND PLEA<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, District of Nevada, and Edward G. Veronda Assistant United States Attorney, counsel for the United States of America, and Gabriel L. Grasso, Esq, counsel for SHEENA ELKIND, that the Initial Appearance, Waiver of Indictment, and the Arraignment and Plea currently scheduled for January 9, 2023, at 10:30 AM., be vacated and set to a date and time convenient to this court.

The Stipulation is entered into for the following reasons:

1. Defense Counsel will be out of the Jurisdiction on the date in question to accompany his wife during a previously scheduled medical procedure.
2. ELKIND agrees to the continuance.
3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay,

5. Denial of this request for continuance would result in a miscarriage of justice.

6. This is the first request for a continuance of the indicated hearing in this case.

DATED this 6th day of January 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | GABRIEL L. GRASSO, P.C.<br>Counsel for SHEENA ELKIND |
| By */s/ Edward G. Veronda*<br>Assistant United States Attorney | By */s/ Gabriel L. Grasso*<br>GABRIEL L. GRASSO, ESQ. |

**GABRIEL L. GRASSO, P.C.**
**GABRIEL L. GRASSO, ESQ.**
Nevada Bar No. 7358
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ELKIND

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHEENA ELKIND ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:   2:22-cr-00284-CDS-VCF <br><br> **ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

Defense counsel will be out of the jurisdiction on the date during which the current hearing has been set which will require the hearing be reset on a different date. IT IS THEREFORE ORDERED that the Initial Appearance, Waiver of Indictment, and the Arraignment and Plea currently scheduled for January 9, 2023, at 10:30 a.m., be vacated and continued to January 18, 2023 at 2:30 p.m. in courtroom 6B.

DATED this 9th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

3