# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>SHEENA ELKIND,<br><br>    Defendant | Case No. 2:22-cr-00284-CDS-VCF<br><br>**Order Unsealing Case**<br>**[ECF No. 76]** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Sheena Elkind,* is unsealed.

**DATED** this 9th day of March, 2023.

By the Court:

_____
Honorable Cristina D. Silva
United States District Judge