GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ELKIND

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00284-CDS-VCF |
| Plaintiff | **Order Granting Stipulation to Modify/ Correct Judgment of Conviction** |
| vs. | |
| SHEENA ELKIND, | [ECF No. 98] |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, District of Nevada, and Edward G. Veronda Assistant United States Attorney, counsel for the United States of America, and Gabriel L. Grasso, Esq, counsel for SHEENA ELKIND, that the Judgment of Conviction previously filed in this ,matter on July 12, 2023 be modified to correctly reflect the sentence imposed by this Court.

1. ELKIND Is currently serving the incarceration portion of the sentence imposed by this court on July 11, 2023.

2. The Court sentenced ELKIND to "a year and a day" in BOP custody.

3. According to BOP policy, a Judgment that characterizes a sentence as a "year and a day" is treated differently than a Judgment that characterizes a sentence as "366 days."

4. The Judgment in this case lists the imposed sentence as "366 days" instead of "a year and a day"

5. Due to this difference in stating the same sentence, BOP is treating the sentence as a solid 366 days minus credit for time served, with no consideration for good time or other BOP incentives.

6. The parties stipulate that the Judgment in this case be modified to read "a year and a day" instead of "366 days"

DATED this 17th day of January 2024.

| | |
|---|---|
| GABRIEL L. GRASSO, P.C.<br>Counsel for SHEENA ELKIND | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Gabriel L. Grasso<br>GABRIEL L. GRASSO, ESQ. | By /s/ Edward G. Veronda<br>Assistant United States Attorney |

Order

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the request to enter an amended judgment of conviction [ECF No. 98] is granted. The court will amend the Judgment of Conviction to reflect a sentence of "a year and a day." All other conditions imposed at sentencing will remain in effect.

_____
Cristina D. Silva
United States District Judge

Dated: January 19, 2024