UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>Sheena Elkind,<br><br>　　　　　　Defendant | Case No. 2:22-cr-00284-CDS-VCF<br><br>Ordering Granting Motion for Reconsideration and Reinstating Motion for Sentence Reduction<br><br>[ECF Nos. 95, 102] |

On January 26, 2024, Assistant Federal Public Defender Madeline Lal filed a motion on behalf of defendant Sheena Elkind asking the court to reconsider its order striking Elkind's pro se motion for a sentence reduction. ECF No. 102. With good cause appearing, and because the court entered the order in error (in light of Amended General Order 2023-09), the motion for reconsideration **[ECF No. 102] is GRANTED**.

The court rescinds its January 4, 2024 order (ECF No. 97) denying Elkind's motion. It is ordered that Elkind's motion for sentence reduction (ECF No. 95) is hereby REINSTATED and STAYED until February 1, 2024.

I further order that the Federal Public Defender is presumptively appointed to represent Elkind for the purposes of this motion for sentence reduction and shall screen that motion as described in Amended General Order 2023-09.

DATED: January 29, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　United States District Judge